No. 85–1027. ARIZONA *v.* HICKS. Ct. App. Ariz. [Certiorari granted, 475 U. S. 1107.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–1233. INTERNATIONAL PAPER CO. *v.* OUELLETTE ET AL. C. A. 2d Cir. [Certiorari granted, 475 U. S. 1081.] Motion of Mid-America Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 85–1388. ROSE *v.* ARKANSAS STATE POLICE. Ct. App. Ark. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 85–6698. CAPPIELLO *v.* CAPPIELLO. Ct. App. N. Y.;
No. 85–6768. RAMIREZ *v.* UNITED STATES. Ct. Mil. App.; and
No. 85–6769. MCNEAIR *v.* GEORGETOWN UNIVERSITY HOSPITAL. C. A. D. C. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 23, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 85–5957. IN RE SHEWCHUN. Petition for writ of mandamus denied.